IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

NOV - 2 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | (L.R. 49(B)) |
| v. | ) | |
| | ) | Case No. 1:11CR529 |
| EZIO BENJAMIN FIGUEROA VASQUEZ, | ) | |
| | ) | |
| HASSEIN EDUARDO FIGUEROA GOMEZ, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the Indictment, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Indictment, Motion to Seal, and this Order be Sealed until the charged defendants are arrested, except that the United States may disclose sealed materials to foreign law enforcement or foreign governments for purposes of securing a defendant's arrest or extradition or otherwise securing a defendant's appearance in the Eastern District of Virginia for prosecution.

/s/
Ivan D. Davis
United States Magistrate Judge

Date: 2 Nov 11