REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**      **Under Seal:** Yes X No____      **Judge Assigned:** AJT

City _____ Superseding Indictment _____ **Criminal Number:** 1:11CR 529

County/Parish _____ Same Defendant _____ New Defendant _____

     Magistrate Judge Case Number _____ **Arraignment Date:** _____

     Search Warrant Case Number _____

     R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X FBI # _____

Defendant Name: Ezio Benjamin Figueroa Vasquez     Alias Name(s) _____

Address: _____

Employment: _____

Birth date 1952    SS# _____ Sex M Def Race _____ Nationality Mexican    Place of Birth Mexico

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: No ___ X Yes List language and/or dialect: Spanish    Automobile Description _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody     ___On Pretrial Release     X Not in Custody

X Arrest Warrant Requested     ___Fugitive     ___Summons Requested

___Arrest Warrant Pending     ___Detention Sought     ___Bond _____

**Defense Counsel Information:**

Name: _____ ___Court Appointed     Counsel conflicted out: _____

Address: _____ ___Retained

Telephone: _____ ___Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Daniel J. Grooms    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

DEA, Special Agent Jennell Boggs

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) <br> 18 U.S.C. § 1956(a)(2)(A) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _____ Signature of AUSA: _____

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                     **U.S. District Court**

**Place of Offense:**          Under Seal: Yes _X_ No ____    Judge Assigned: _AJT_

City _____    ____ Superseding Indictment    Criminal Number: _1:11CR 529_

County/Parish _____    ____ Same Defendant    ____ New Defendant

                Magistrate Judge Case Number _____    Arraignment Date: _____

                Search Warrant Case Number _____

                R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: _Hassein Eduardo Figueroa-Gomez_    Alias Name(s) _____

Address: _____

Employment: _____

Birth date _1973_ SS# _____ Sex _M_ Def Race _____ Nationality _Mexican_ Place of Birth _Guadalajara, Mexico_

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: No _X_ Yes List language and/or dialect: _Spanish_    Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Daniel J. Grooms_    Telephone No: _703-299-3700_    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

DEA, Special Agent Jennell Boggs

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) 18 U.S.C. § 1956(a)(2)(A) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _11/02/11_    Signature of AUSA: _____