IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:11CR529 |
| EZIO BENJAMIN FIGUEROA VASQUEZ, | ) |
| | ) |
| HASSEIN EDUARDO FIGUEROA GOMEZ, | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States, by and through undersigned counsel, hereby moves for an Order to Unseal the Indictment in the above-captioned case.

On November 2, 2011, this Indictment was filed under seal pursuant to the government's motion. The United States has determined that the circumstances warranting the sealing of the Indictment are no longer present.

WHEREFORE, the United States respectfully requests that the Indictment be unsealed.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Daniel J. Grooms
Assistant United States Attorney