IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:11CR529 |
| EZIO BENJAMIN FIGUEROA VASQUEZ, | ) |
| | ) |
| HASSEIN EDUARDO FIGUEROA GOMEZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO UNSEAL

The UNITED STATES, having moved to unseal the Indictment; and

The COURT, having found that such unsealing is appropriate; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Indictment and arrest warrant be unsealed.

/s/Thomas Rawles Jones, Jr.
_____
The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

Date: 4-11-12
Alexandria, Virginia