AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-CR-529 |
| EZIO BENJAMIN FIGUEROA VASQUEZ, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:  07/22/2016

/s/
*Attorney's signature*

William M. Sloan
*Printed name and bar number*

Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

william.sloan2@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 837-8242
*FAX number*